Eastern District of Kentucky
**FILED**

MAY 2 6 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                                INDICTMENT NO. 6:22-CR-35-REW

JOHN LEWIS DANIEL LEE and
JAMES O. PORTER, JR.,
  aka RED

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

In or about December 2021, the exact date unknown, and continuing until May 5, 2022, in Laurel County and Rockcastle County, in the Eastern District of Kentucky, and elsewhere,

**JOHN LEWIS DANIEL LEE**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **JOHN LEWIS DANIEL LEE** committed the offense charged in this count, **JOHN LEWIS DANIEL LEE** had a final conviction for a serious drug felony, namely, Conspiracy to Distribute Oxycodone in violation of 21 U.S.C. § 846, for which he served

more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about May 5, 2022, in Rockcastle County, in the Eastern District of Kentucky,

**JOHN LEWIS DANIEL LEE and
JAMES O. PORTER, JR.,
aka RED,**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

Before **JOHN LEWIS DANIEL LEE** committed the offense charged in this count, **JOHN LEWIS DANIEL LEE** had a final conviction for a serious drug felony, namely, Conspiracy to Distribute Oxycodone in violation of 21 U.S.C. § 846, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In committing the offenses alleged in this Indictment, the same being punishable by imprisonment for more than one year, **JOHN LEWIS DANIEL LEE** used and

intended to use the below-described property to commit and to facilitate the commission of said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 846 and 841(a)(1), including, but not limited to the following:

### CURRENCY:

1. $2,200.00 in United States currency seized from **JOHN LEWIS DANIEL LEE** on or about May 5, 2022.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **JOHN LEWIS DANIEL LEE** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **IF PRIOR SERIOUS DRUG FELONY or SERIOUS VIOLENT FELONY CONVICTION:** not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**COUNT 2:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **IF PRIOR SERIOUS DRUG FELONY or SERIOUS VIOLENT FELONY CONVICTION:** not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of asset.